# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1590.  BRIAN GRANGER et al. v. ARGOS USA, LLC.**

Argos USA, LLC. sued Brian Granger to recover on an open account and guaranty.  Argos moved for summary judgment, and the trial court granted the motion and awarded judgment to Argos in the amount of $7,945.82, plus $1,794.67 in interest.  Granger then filed this direct appeal, but we lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required."  *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992) (punctuation omitted); see also OCGA § 5-6-35 (a) (6).  As the total judgment in favor of Argos is less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case.  See *Ca-Shar*, 204 Ga. App. at 865-866.  Granger's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.  See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/16/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*